UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SOUTHERN PIONEER PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:21-CV-112-TAV-JEM |
| JUAN FRANCISCO CASTELLANOS GONZALEZ, ONIEL SANTIESTEBAN-ARIAS, d/b/a A&J AUTO SALES & MOTOR SPORTS AUTO SALE, DILLON WEBB, as parent and natural guardian for B.K.W, a minor child, and C.W., a minor child, and DILLON WEBB, individually, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this order, plaintiff's motion for judgment on the pleadings [Doc. 21] is **GRANTED** and plaintiff's motion for a status or pretrial conference [Doc. 23] is **DENIED as moot**. There being no remaining matters before the Court, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT